# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **RAVEN WILLIAMS,** | ) | **Summons** |
| **D'ANDRE WILKERSON,** | ) | |
| **TIFFANY NEWBURN,** | ) | |
| **DANIELLE POWE,** | ) | |
| **JENNIFER HAMPTON,** | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiffs, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | **CIVIL ACTION CASE NUMBER:** |
| | ) | **15-123** |
| **ROBERT W. OMAINSKY,** | ) | |
| **WINTZELL'S INC.,** | ) | |
| **FRIED, STEWED, NUDE, INC.,** | ) | |
| **WINTZELL'S OYSTER HOUSE,** | ) | |
| | ) | |
| Defendants. | ) | |

**Summons in a Civil Action**

To: (*Defendant's name and address*)
Fried, Stewed, Nude, Inc.
c/o Robert W. Omainsky
501 Springpark Drive East
Mobile, AL 36608

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

    Jon C. Goldfarb/Daniel Arciniegas/L. William Smith/Rachel L. McGinley
    Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC.
    301 19th Street N
    Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 3/17/2015                  CHARLES R. DIARD, JR., CLERK

                                                         By: *Tina Wood*

SEE REVERSE SIDE FOR RETURN          Deputy Clerk

                                                        (SEAL OF COURT)

                                             SOUTHERN DISTRICT OF ALABAMA
                                             113 St. Joseph Street
                                             Mobile, AL 36602

**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐ By personal service on the defendant at _____

_____

☐ By serving a person of suitable age and discretion then residing in the defendant's usual place of abode.  (Give name and address of person served.)

_____

_____

☐ By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association.  (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____          _____
       *Date*                                  *Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                                                     $
                  Expenses: _____ miles @ _____cents     $_____
                                         TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| RAVEN WILLIAMS, | ) | **Summons** |
| D'ANDRE WILKERSON, | ) | |
| TIFFANY NEWBURN, | ) | |
| DANIELLE POWE, | ) | |
| JENNIFER HAMPTON, | ) | (Issued pursuant to Rule 4 of |
|  | ) | the Federal Rules of Civil |
| Plaintiffs, | ) | Procedure or other appropriate |
|  | ) | law.) |
| v. | ) | |
|  | ) | **CIVIL ACTION CASE NUMBER:** |
|  | ) | **15-123** |
| ROBERT W. OMAINSKY, | ) | |
| WINTZELL'S INC., | ) | |
| FRIED, STEWED, NUDE, INC., | ) | |
| WINTZELL'S OYSTER HOUSE, | ) | |
|  | ) | |
| Defendants. | ) | |

**Summons in a Civil Action**

To: (*Defendant's name and address*)
Robert W. Omainsky
501 Springpark Drive East
Mobile, AL 36608

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

      Jon C. Goldfarb/Daniel Arciniegas/L. William Smith/Rachel L. McGinley
      Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC.
      301 19th Street N
      Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE:  3/17/2015           CHARLES R. DIARD, JR., CLERK

                                                          By:  *Tina Wood*

<u>SEE REVERSE SIDE FOR RETURN</u>              Deputy Clerk

                                                   (SEAL OF COURT)

                                      SOUTHERN DISTRICT OF ALABAMA
                                      113 St. Joseph Street
                                      Mobile, AL 36602

**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐      By personal service on the defendant at _____

_____

☐      By serving a person of suitable age and discretion then residing in the defendant's

usual place of abode. (Give name and address of person served.)

_____

_____

☐      By serving an officer, a managing or general agent, or any other agent authorized

by appointment or by law to receive service of process of the defendant

corporation, partnership, or unincorporated association. (Give name, capacity and

address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____       _____
      *Date*                    *Authorized or Specially Appointed Process Server*

Costs of Service:  Service fee:                                               $
                        Expenses: _____ miles @ _____cents    $_____
                                                              TOTAL $

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| RAVEN WILLIAMS, | ) | **Summons** |
| D'ANDRE WILKERSON, | ) | |
| TIFFANY NEWBURN, | ) | |
| DANIELLE POWE, | ) | |
| JENNIFER HAMPTON, | ) | (Issued pursuant to Rule 4 of |
|  | ) | the Federal Rules of Civil |
| Plaintiffs, | ) | Procedure or other appropriate |
|  | ) | law.) |
| v. | ) | |
|  | ) | **CIVIL ACTION CASE NUMBER:** |
|  | ) | **15-123** |
| ROBERT W. OMAINSKY, | ) | |
| WINTZELL'S INC., | ) | |
| FRIED, STEWED, NUDE, INC., | ) | |
| WINTZELL'S OYSTER HOUSE, | ) | |
|  | ) | |
| Defendants. | ) | |

**Summons in a Civil Action**

To: (*Defendant's name and address*)
Wintzell's, Inc.
c/o Robert L. Donlon
960 Dauphin Street
Mobile, AL 36604

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

      Jon C. Goldfarb/Daniel Arciniegas/L. William Smith/Rachel L. McGinley

      Wiggins, Childs, Pantazis, Fisher, & Goldfarb, LLC.

      301 19th Street N

      Birmingham, AL 35203

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 3/17/2015                        CHARLES R. DIARD, JR., CLERK

                                                 By: *Tina Wood*

SEE REVERSE SIDE FOR RETURN         Deputy Clerk

                                                 (SEAL OF COURT)

                                     SOUTHERN DISTRICT OF ALABAMA
                                     113 St. Joseph Street
                                     Mobile, AL 36602

**RETURN ON SERVICE OF WRIT**

I hereby certify and return that on the _____ day of _____, _____, I served this summons together with the complaint as follows:

☐     By personal service on the defendant at _____

_____

☐     By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

_____

_____

☐     By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

_____

_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____     _____
*Date*                         *Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                                                         $
                    Expenses: _____ miles @ _____cents     $_____
                                                        TOTAL $